IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| DANIELLE YVETTE MOORE | ) | |
| | ) | |
| Plaintiff, | ) | **CASE NO.: 3:13-cv-296-DSC** |
| v. | ) | |
| | ) | |
| KIRSTIE M. PIENTA, STEVEN J. PIENTA | ) | **ORDER** |
| LISA PIENTA, and | ) | |
| TARGET CORPORATION, d/b/a | ) | |
| CHARLOTTE NORTH SUPER TARGET | ) | |
| | ) | |
| Defendants. | ) | |

**THIS CAUSE** coming on to be heard before the Court on Plaintiff's Unopposed Motion to Waive Mediation Requirement, **IT IS ORDERED AND ADJUDGED** that the requirement that the parties mediate this case is hereby **WAIVED**.

**SO ORDERED**.

Signed: February 18, 2014

David S. Cayer
United States Magistrate Judge