# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-00296-DSC

| | |
|---|---|
| DANIELLE YVETTE MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| KIRSTIE M. PIENTA, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the parties' "Joint Motion to Stay" (document #27). For the reasons stated therein, the Motion is **GRANTED**. This matter is stayed thirty days pending filing of a Stipulation of Dismissal.

**SO ORDERED**.

Signed: August 28, 2014

David S. Cayer
United States Magistrate Judge